United States District Court
Eastern District of North Carolina
Eastern Division
No. 5:14-CT-3251
Leave this Space blank

FILED

SEP 2 4 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY:_____
_____ DEP CLK

Harold Eugene Pettit Jr
        Plaintiff(s)

To Box 600                    # 1221882
Nashville, North Carolina     Inmate Number
        27856

        V.

ms. Shelena Smith Clerk
Robeson County
To Box 1084
Lumberton, North Carolina
        27856
        Defendant (s)

1. Have you begun other Lawsuit in Federal Court Dealing With the Some facts involved in this Action? Yes ( ) No (X)

2. Did you Present the Facts Relating to your Complaint to the State inmate Grievance Procedure? Yes ( ) No ( )

IF YOU ANSWER IS NO, Explain why Not

III Parties in item "A" below Place your Name in the first Blank And your Present address in the Second blank. Do the Same For addition Plaintiff if Any

A. Name of Plaintiff ___HAROLD EUGENE PETTY, JR___
Name And address of Present Confinement
3710 - Nash, Correctional institution
Po Box 600 Nashville North Carolina 27856

in item "B" below Place the Full Name of defndant in the first blank, his official Position in the Second Blank And his Place of Employment in the third Blank. Use item "C" For the Name Position And Place of Employment for Any Additional defendant

B. Defendant Ms Shelena Smith is Employed As a Clerk of Court Robeson County Po Box 1084 Lumberton, North Carolina 28359

C. Additional Defendants

Case 5:14-ct-03251-BO    Document 1    Filed 09/24/14    Page 2 of 9

## Statement of Claim

State Here as briefly as Possible the Facts of you Case. Describe How Each defendant is involved. Include also the Names of other Persons involved, dates and Places. Do Not give any Legal Citations or Any Legal Arguments or Cite any Statutes. if you wish to allege a Number of Related Claims, Number and Set forth Each Claim in a Separate Paragraph. Use as much Space as you Need. Attach Extra sheets if Necessary.

V. Relief Sought By Prisoner

State Briefly Exactly what you want the Court to do for you. make no Legal Arguments. Do Not Cite Cases or Statutes.

Four Hundred thousand Dollars $ 400,000.00 in Damages

to be Awarded to me, Harold Eugene Pettit Sr.

Petitioner Harold Eugene Pettit Jr.
Argue the Following Facts

1/. The Bank of Lumbee
Guaranty Bank St. Pauls. "issued a check
on Wednesday March 5, 2014

2/. The Clerk office ms. Shelena Smith
should Have gotten the Check the Next day
Thursday March 6, 2014.

3/ The Clerk of Court Cash the          Check
March 10, 2014

4/. I Harold Eugene Pettit Jr. Received
A Response Back from the Clerk office on
May 27 2014. Stating She, Has Not Received
The Check for the Copies Order.

5/. But the Check." was mailed to Her on
March 5, 2014. the Check would arrived
the Next day." March 6, 2014. Because the
Bank and the Clerk office is in the same -
County Robeson County.

Case 5:14-ct-03251-BO     Document 1     Filed 09/24/14     Page 5 of 9

the Clerk of Robeson County
Ms. Shelena Smith

Ms. Shelena Smith Clerk
Committed Perjury SEE, Gen. Stat. 14-209
ON may 27, 2014.

She state that she Has Not Received a check
From the Bank
                    Petitioner Harold Eugene
Pettit Jr. " Has a Bank Receipt were the
Check were issued to the Clerk office on
March 5, 2014. SEE, Copy of The Receipt me.
Smith Committed Perjury. See Punishment for
Perjury. if any Person shall Wilfully and Corruptly
Commit Perjury on his or her Oath or affir
Motion in any suit Controversy matter or
Cause depending in any the Court of the State
or in any deposition or affidavit taken Pursu
ant to Law or in any Oath or affirmaton duly
. Administered if of Concerning any matter
or thing whereof such Person is Lawfully
Required to be Sworn or affirmed Every
Person so offending              shall be
          Punished as a Class F. Felon

"I Harold Eugene Pettit Jr. is Requesting to make a First Appearance on my Case. as to Documents that I Have Ordered and Paid for, but Has Not Receive them. From the Court of Robeson County. Clerk. However, Let me Elaborate on my Case. "I Have Facts of Proof that I Sent a Check to the Clerk Office" on march 5, 2014. See, Exhibit A. "with Debate. The Check Receipt." is Essentially Evidence of facts. I am Primary Requesting to Appear in Court for this Hearing. the facts of the Records will show that the Clerk Office has forward Contradicted Letters to Petitioner that has gotten his Attention. in this Process. Her Story is a Dramatic change. from the Evidence of the Bank forwarding a check to the Clerk office on march 5, 2014.

Petitioner Signature

Harold Eugene Pettit, Jr.
PO Box 600
Nashville, North Carolina
27856

Signed this _10TH Day of SEPTEMBER 2014_

_Harold Eugene Pettey Jr._
Signature of Plaintiff

Signature of other Plaintiffs
(if Necessary)

I declare under Penalty of Perjury that the foregoing is true

_9/10/14_
Date

_Harold Eugene Pettey, Jr._
Signature of Plaintiff

Signature of other Plaintiffs
(if Necessary)

State of North Carolina        Verification
County of    Nash

I HAROLD EUGENE PETTIT, JR. Being first duly sworn
that I Have Read the foregoing and is information
and believe that the same is true for those matters
alleged to be of my own knowledge which are
True

_Harold Eugene Pettit Jr._
Defense Attorney Signature

Sworn to and Subscribed Before me

This 10th Day of September        2014

_Jo-Ann Mason_
Notary Public

Jo-Ann Mason
NOTARY PUBLIC
Nash County, North Carolina

My Commission Expires    2-28-14

Proof of Service

I Hereby Certify that on SEPTEMBER 22,    2014
a Copy of the foregoing was Mailed Postage Prepaid
to the State of North Carolina

_Harold Eugene Pettit Jr._
Defense Attorney Signature
Po Box 600
Nashville, North Carolina 27856