CLERK OF SUPERIOR COURT          FILE NO. - 08-CRS-52486
ATTN. MS. SHELENA SMITH, CLERK
    ON 3/5/14, A CHECK (BANK CASHIER'S) WAS ISSUED TO YOU
AND WAS MAILED FROM MY BANK. THIS WAS FOR THE
(28) COPIES YOU TOLD ME, WHICH WAS THE COST - ($8.75)
I HAVE NOT TO THIS DATE 5/16/14 RECEIVED THE COPIES. IF
THIS IS AN OVERSIGHT, PLEASE TAKE CARE OF THIS MATTER
AS SOON AS POSSIBLE.

                              Thank you,
                              Sincerely,
                              Harold E. Pettit, Jr.

FILED
2014 MAY 27 A 8:43
ROBESON COUNTY, C.S.C.
dsm
BY

                              Sir, We have not
                              received a bank
                              check for copies
                              you may want to
                              check with the
                              bank to see if it
                              has been cashed.



19547

LUMBEE
GUARANTY
BANK  SAINT PAULS NC 28384

86-368/531

PAY TO THE
ORDER OF    CLERK OF SUPERIOR COURT

DATE    03/05/14

$    8.75

Lumbee Guaranty Bank  ***EIGHT and 75/100***USDollars

REMITTER:  HAROLD E PETTIT JR #1221382

——————————— DOLLARS

## CASHIER'S CHECK

NOTICE TO PURCHASER
THE PURCHASE OF AN INDEMNITY BOND WILL
BE REQUIRED BEFORE AN OFFICIAL CHECK
OF THIS BANK WILL BE REPLACED OR
REFUNDED IN THE EVENT IT IS LOST,
MISPLACED OR STOLEN.

⑆000195547⑆ ⑉053103682⑉ 034000135⑆

*RECVD, FROM COURT - 6/5/14.*

ENDORSE HERE

ROBESON    CSC   03/10/14
FOR DEPOSIT ONLY        8.75
FUND ID: 002036900
RECEIPT#: L190887

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Branch: 002
Seq: 516
Batch: 001571
Date: 03/10/14