

HAROLD E. PETTIT, JR. - #1221882
P.O. Box 600
NASHVILLE, NC 27856-0600

574

RECEIVED
SEP 24 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

TO: CLERK OF COURT
U.S. DISTRICT COURT EASTERN DISTRICT OF NORTH CAROLINA
TERRY SANFORD FEDERAL BUILDING AND COURT HOUSE
310 NEW BERN AVENUE
RALEIGH, NORTH CAROLINA 27601