U.S. DISTRICT COURT
ATTN: CLERK OF COURT

CIVIL ACTION NO: 5-14-CT-3251-BO

I WOULD LIKE TO CANCEL OUT THE ABOVE LAWSUIT AND ASK FOR THE $400.00 TO BE RELINQUISHED FOR THE TOTAL FILING FEE AND ADMINISTRATIVE FEE DUE TO BEING INDIGENT.

Thank you,

Harold Eugene Pettit Jr.

NASH C.I.
HAROLD E. PETTIT, JR.
P.O. BOX 600
NASHVILLE, NC 27856-0600