Case 5:14-ct-03251-BO   Document 3-1   Filed 10/10/14   Page 1 of 1

HAROLD E. PETTIT, JR. - #1221882
P.O. Box 600
NASHVILLE, NC 27856-0600

RALEIGH NC 275
Research Triangle Region
OCT 2014 PM

NASH CORRECTIONAL INSTITUTION

RECEIVED
OCT 1 2014

JULIE A. RICHARDS, US
US DISTRICT COURT, E
NC

LEGAL MAIL

CLERK OF THE COURT
U.S. DISTRICT COURT EASTERN DISTRICT OF N.C.
TERRY SANFORD FEDERAL BLDG. & COURTHOUSE
310 NEW BERN AVENUE
RALEIGH, NC 27601

27601$1441